Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| This Document Relates To: | |
| *Judy Shearer, et al. vs. Pharmacia Inc, et al.* (05-4581 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Barbara J. Williams vs. Pfizer Inc, et al.* (06-1670 CRB) | |
| *Michele Walker, et al. vs. Pfizer Inc, et al.* (06-1878 CRB) | |
| *Stephanie Shearer vs. Monsanto Company, et al.* (06-1902 CRB) | |
| *Joe Vega, et al. vs. Pfizer Inc, et al.* (06-2440 CRB) | |
| *Brad Henry Taylor vs. Pfizer Inc, et al.* (06-2577 CRB) | |
| *James Preston Taylor vs. Pfizer Inc, et al.* (06-2863 CRB) | |
| *John H. Roberts, Jr. vs. Pfizer Inc, et al.* (06-3062 CRB) | |
| *Patsy Lynn Stegall vs. Pfizer Inc, et al.* (06-3084 CRB) | |

-1-

EAST\42592415.1

*Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
(06-3100 CRB)

*Barbara Smith, et al. vs. Pfizer Inc, et al.*
(06-3102 CRB)

*Arnold Swick vs. Pfizer Inc*
(06-3304 CRB)

*Corrine Morrisette vs. Pfizer Inc, et al.*
(06-3363 CRB)

*Sylvia Wingard vs. Pfizer Inc, et al.*
(06-3653 CRB)

*Susan Smith vs. Pfizer Inc, et al.*
(06-3951 CRB)

*Clarence Edward Smith vs. Pfizer Inc, et al.*
(06-3957 CRB)

*Mary Vernick vs. Pfizer Inc, et al.*
(06-4102 CRB)

*Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.*
(06-4285 CRB)

*Marvin Rogers vs. G.D. Searle LLC, et al.*
(06-4514 CRB)

*Shirley Lindeen vs. G.D. Searle LLC, et al.*
(06-4515 CRB)

*Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.*
(06-4547 CRB)

*Charles Snodgrass vs. Pfizer Inc, et al.*
(06-4661 CRB)

*John Vandale vs. Pfizer Inc, et al.*
(06-5257 CRB)

*William Coulson, et al. vs. Pfizer Inc, et al.*
(06-5261 CRB)

*Dick Shepherd vs. Pfizer Inc, et al.*
(06-5417 CRB)

*Robin Morrison, et al. vs. Pfizer Inc, et al.*
(06-6900 CRB)

*Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)
3
   *Florence Salle vs. Pfizer Inc, et al.*
4  (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)
6
   *William Edward Simpson vs. Pfizer Inc, et al.*
7  (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)
9
   *Deanna L. Walston vs. Pfizer Inc, et al.*
10 (07-1318 CRB)

11 *Louis Romanelli vs. Pfizer Inc, et al.*
   (07-2631 CRB)
12
   *Johnnie L. West vs. Pfizer Inc, et al.*
13 (07-5687 CRB)

14 *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
   (07-5915 CRB)
15
   *Gene Summers vs. Pfizer Inc, et al.*
16 (08-0259 CRB)

17 *Maria Avendano vs. Pfizer Inc, et al.*
   (08-1099 CRB)
18
   *Mary Woodall vs. Pfizer Inc, et al.*
19 (08-1183 CRB)

20 *Mildred Sturdavant vs. Pfizer Inc, et al.*
   (08-1976 CRB)
21
   *Netra Thomas vs. Pfizer Inc, et al.*
22 (08-2110 CRB)

23 *John Denton vs. Pfizer Inc, et al.*
   (08-2459 CRB)
24
   *Joanne Schwandt vs. Pfizer Inc, et al.*
25 (08-2604 CRB)

26 *Donald Schwanke vs. Pfizer Inc, et al.*
   (08-3709 CRB)
27
   *Cheryl Samuel vs. Pfizer Inc, et al.*
28 (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5  each side bearing its own attorneys' fees and costs.

6

7  DATED: 10·29, 2009     By: _Navan Ward_

8                                   **BEASLEY, ALLEN, CROW, METHVIN,**

9                                   **PORTIS & MILES, P.C.**
                                 218 Commerce Street

10                                   P.O. Box 4160
                                 Montgomery, Alabama 36103
                                 Telephone:  334-269-2343

11                                   Facsimile:  334-954-7555

12                                   *Attorneys for Plaintiffs*

13

14  DATED: Oct. 29, 2009     By: _____

15

16                                   **DLA PIPER LLP (US)**
                                 1251 Avenue of the Americas
                                 New York, New York 10020

17                                   Telephone:  212-335-4500
                                 Facsimile:  212-335-4501

18                                   *Defendants' Liaison Counsel*

19

20

21  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

22  **IT IS SO ORDERED.**

23  Dated: **NOV 1 3 2009**

24                               Hon. Charles R. Breyer

25                               United States District Court

26

27

28

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42592415.1